UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. BORDEN<br><br>　　　　Plaintiff,<br>　v.<br>MERRICK B. GARLAND, et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-641-ART-CLB<br><br>Order |

Plaintiff brings this action seeking access to this Court's library in order to do legal research for his cases. Plaintiff initiated this case by filing Motions Requesting Library Privileges (ECF Nos. 1, 5). The Court will deny these motions. Plaintiff is advised that he can find legal resources at the Washoe County Law Library. The library is located at the following address:

Washoe County Law Library

Second Judicial District Court

75 Court Street, Room 101

Reno, NV 89501

Plaintiff also filed a Motion for Disclosure of Ex Parte Movers (ECF No. 3). The Court will deny this motion. There are no ex parte movers in this case; the case was converted from a miscellaneous case to a regular civil case so Plaintiff could use the case number to file his first complaint.

Plaintiff now seeks to file additional unrelated cases. Plaintiff filed two additional complaints (ECF Nos. 7, 9). Plaintiff also filed two motions to sever (ECF Nos. 6, 8). The Court orders ECF Nos. 7 and 9 to be stricken. The Court will deny ECF Nos. 6 and 8 as moot. A civil action is initiated by the filing of a

1 complaint (see Fed. R. Civ. P. 3) and either the payment of the filing fee or the
2 filing of an application to proceed *in formal pauperis*. Only one complaint can be
3 filed per civil case number. Plaintiff can file additional lawsuits by filing a separate
4 complaint accompanied by the filing fee or an IFP application. The Court further
5 advises Plaintiff that this Court does not have jurisdiction over cases involving
6 events that occurred solely in a different state against defendants not residing in
7 the State of Nevada. 28 U.S.C. § 1391(b).

8     Accordingly, it is hereby ordered that Plaintiff's Motions Requesting
9 Library Privileges (ECF Nos. 1, 5) are denied.

10     It is further ordered that Plaintiff's second and third complaints (ECF
11 Nos. 7, 9) are stricken.

12     It is further ordered that Plaintiff's Motions to Sever (ECF Nos. 6, 8) are
13 denied as moot.

14     It is further ordered that the Clerk of Court remove Defendants Case #2,
15 Case #3, Ben Doon, and Jared Polis from the case caption.

18     DATED THIS 1st day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE